H. H. MOORE, Employee, Deceased, MRS. MAUDE MOORE, v. PINE HALL BRICK AND PIPE COMPANY et al.

(Filed 10 November, 1931.)

(For digest see *Hollowell v. Department of Conservation, ante,* 616.)

Appeal by plaintiff from *Clement, J.,* at April Term, 1931, of Forsyth. Error and remanded.

*Peyton B. Abbott and Hastings & Booe for appellant.*
*Ralph V. Kidd for appellee.*

Adams, J. In *Hollowell v. North Carolina Department of Conservation and Development, ante,* 616, we held that an appeal from the award of one member of the Industrial Commission cannot be taken directly to the Superior Court but must first be reviewed by the full Commission. The cause is remanded with leave to the appellant to appeal to the full Commission as provided by law.

Error and remanded.